No. 268. LAWRENCE G. BOGGS, APPELLANT, *v.* THE UNITED STATES. Appeal from the Court of Claims. May 15, 1911. Dismissed on motion of *Mr. Archibald King* for the appellant. *Mr. George A. King* and *Mr. William B. King* for the appellant. *The Attorney General* for the appellee.

No. 305. THE STATE OF MISSOURI EX REL. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, PLAINTIFF IN ERROR, *v.* WILLIAM D. VANDIVER, SUPERINTENDENT OF INSURANCE, ETC.; No. 306. THE STATE OF MISSOURI EX REL. METROPOLITAN LIFE INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* WILLIAM D. VANDIVER, SUPERINTENDENT OF INSURANCE, ETC.; and No. 307. THE STATE OF MISSOURI EX REL. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PLAINTIFF IN ERROR, *v.* WILLIAM D. VANDIVER, SUPERINTENDENT OF INSURANCE, ETC. Error to the Supreme Court of the State of Missouri. May 15, 1911. Dismissed per stipulation of counsel. *Mr. O. M. Spencer* and *Mr. Frank Hagerman* for the plaintiffs in error. *Mr. Elliott W. Major* for the defendant in error.

No. 140. DENNIS C. SHEA, APPELLANT, *v.* CUNO H. RUDOLPH ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA ET AL. Appeal from the Court of Appeals of the District of Columbia. May 29, 1911. Decree affirmed with costs, per stipulation to abide decision in No. 141. *Mr. Samuel Maddox* and *Mr. H. Prescott Gatley* for the appellant. *Mr. Edward H. Thomas* for the appellees.